Ziegenfuss *v.* Ziegenfuss.

---

Ziegenfuss *vs.* Ziegenfuss.

Bill for divorce. Motion for alimony.

The Court refused the motion for alimony on the following grounds: Because it did not appear from the affidavits of counsel that the appeal was prosecuted in good faith; because it appeared that the defendant was poor, and that the complainant had wealthy relatives who were willing to provide for her.